## Marie HUNTERS v. UNITED STATES.
### No. 6150.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1932.

Hugo F. Chestosky, of Steubenville, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for a new trial.